IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01792-PAB

SAVITRI PANDEOSINGH,

      Plaintiff,

v.

AMERICAN MEDICAL RESPONSE, INC.,
GLOBAL MEDICAL RESPONSE, INC., and
EMERGENCY MEDICAL SERVICES CORP.,

      Defendants.

## ORDER

      It is **ORDERED** that the motions docketed as entries number 3, 4, 6, and 7 are denied as moot.  It is further

      **ORDERED** that plaintiff shall refile in this case the motions she refers to as pending in her Status Report [Docket No. 19 at 5-6].

      DATED July 16, 2014.