IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01792-PAB-KMT | Date: | February 12, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

SAVITRI PANDEOSINGH,                                Terrence Collingsworth

   Plaintiff,

v.

AMERICAN MEDICAL RESPONSE, INC.,           Timothy Coon
GLOBAL MEDICAL RESPONSE, INC., and
EMERGENCY MEDICAL SERVICES CORP.,

   Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**1:28 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding documents that may be missing, documents on Defendants' privilege log, production of documentation, Mr. Olsen's affidavit, obtaining documents from GMRTT, and jurisdictional issues.

**ORDERED:**    Plaintiff's Motion to Compel Production of Documents on Defendants' Amended Privilege Log [100] and Plaintiff's Motion to Grant Her Motion to Compel Documents on Defendants' Amended Privilege Log as Unopposed [107] are GRANTED IN PART to the extent discussed in court.  The documents shall be produced and redacted, as discussed, on or before February 23, 2015 by Defendants.  The motion is DENIED as to privilege log documents 26, 30, and 33.

**ORDERED:** **Plaintiff's Refiled Motion to Compel [109] is GRANTED IN PART, consistent with the discussions held in court. Defendant shall obtain an affidavit from Mr. Olsen detailing with particularity, exactly how he has conducted various searches of the Defendants' general ledgers and a declaration from GMRTT, as stated on record, on or before February 23, 2015.**

**2:40 p.m.    Court in recess.**

Hearing concluded.
Total in-court time   01:12

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.